IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:23cr264 |
| | ) | 18 U.S.C. § 641 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| SHERRY LINDA GILBERT | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

That from in or around April 2020, and continuing through in or around December 2022, in the District of South Carolina, the Defendant, SHERRY LINDA GILBERT, knowingly and willfully did embezzle, steal, purloin, and convert to her own use funds in excess of $1,000.00, which belonged to the Social Security Administration, a department or agency of the United States;

In violation of Title 18, United States Code, Section 641.

1

## FORFEITURE

THEFT OF PUBLIC MONEY:

Upon conviction for violation of Title 18, United States Code, Section 641 as charged in this Indictment, the Defendant, SHERRY LINDA GILBERT, shall forfeit to the United States any property, real or personal, which constitutes, is traceable, or is derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation.

PROPERTY:

Pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon conviction of the Defendant, for the violation charged in this Indictment includes, but is not limited to, the following:

Cash Proceeds / Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the violation charged in this Indictment, that is, a minimum of $25,043.00 in United States currency, and all interest and proceeds traceable thereto as a result of her violation of 18 U.S.C. § 641.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture to the United States, as a result of any act or omission of the Defendant:

    (1)    Cannot be located upon the exercise of due diligence;
    (2)    Has been transferred or sold to, or deposited with a third party;
    (3)    Has been placed beyond the jurisdiction of the Court;
    (4)    Has been substantially diminished in value; or
    (5)    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 982(b)(1), [incorporating Title 21, United States Code, Section 853(p)], to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A  true  Bill



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: Winston Marosek
Winston I. Marosek (Fed. ID 13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Tel:  864-282-2100
Fax:  864-233-3158
Email: Winston.Marosek@usdoj.gov

3